No. 71–5375.  STANLEY *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL are of the opinion that certiorari should be granted and case set for oral argument.

No. 70–119.  BLEVINS *v.* UNITED STATES, *ante,* p. 823;

No. 70–154.  PRUETT *v.* TEXAS ET AL., *ante,* p. 910;

No. 70–5071.  ROGERS *v.* ADAMS, WARDEN, *ante,* p. 834;

No. 70–5317.  JONES *v.* AUSTIN, SECRETARY OF STATE OF MICHIGAN, *ante,* p. 911;

No. 71–289.  ZAHN ET AL. *v.* SECURITY PACIFIC NATIONAL BANK, EXECUTOR, ET AL., *ante,* p. 938;

No. 71–326.  LOWE *v.* LOWE, *ante,* p. 931;

No. 71–376.  KINNEAR-WEED CORP. *v.* HUMBLE OIL & REFINING Co., *ante,* p. 941;

No. 71–5016.  PLOTTS *v.* RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, *ante,* p. 913; and

No. 71–5168.  SLOBEN *v.* NEW YORK, *ante,* p. 942.  Petitions for rehearing denied.

No. 71–219.  HAWKINS *v.* UNITED STATES, *ante,* p. 911.  Motion for leave to proceed further herein *in forma pauperis* granted.  Petition for rehearing denied.